**Micheal R. LUCKY, Appellant**

v.

**HOUSTON TEXAS POLICE DEPARTMENT,**
Appellee.

No. 07–7056.

United States Court of Appeals, District of Columbia Circuit.

Aug. 7, 2007.

Micheal R. Lucky, Washington, DC, pro se.

BEFORE: GINSBURG, Chief Judge, and SENTELLE and TATEL, Circuit Judges.

## JUDGMENT

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant. *See* Fed. R.App. P. 34(a)(2); D.C.Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's order, filed March 19, 2007, dismissing with prejudice, be affirmed. The district court correctly concluded that appellant's complaint is frivolous. *See* 28 U.S.C. § 1915A(b)(1); *see also Denton v. Hernandez*, 504 U.S. 25, 33, 112 S.Ct. 1728, 118 L.Ed.2d 340 (1992).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.